UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANESSA VASQUEZ VALLADARES,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 1:25-cv-13272-DJC |

## STATUS REPORT

Respondents respectfully submit the following status report in response to the Court's Order (Doc. No. 9):

U.S. Immigration and Customs Enforcement ("ICE") informs undersigned counsel that the immigration court granted bond to Petitioner Vanessa Vasquez Valladares on December 3, 2025, and she was released from ICE custody the next day.

Dated: December 5, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on December 5, 2025.

                                                       */s/ Julian N. Canzoneri*
                                                       Julian N. Canzoneri
                                                       Assistant U.S. Attorney